IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. MARTINEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>CALIBER HOME LOANS, INC.,<br>A Delaware corporation, et al.<br><br>                Defendants. | No. 1:18-CV-04334<br><br>Hon. Charles R. Norgle, Sr. |

**AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND**

Caliber Home Loans, Inc. ("Caliber") and U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust," together, the "Defendants"), by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby move this Court for an extension of time to answer or otherwise plead in response to Plaintiff Maria R. Martinez ("Plaintiff")'s Complaint. In support of their Motion, the Defendants state as follows:

1. Plaintiff served Caliber with a copy of the Summons and Complaint on July 5, 2018. Accordingly, Caliber has until July 26, 2018 to answer or otherwise plead in response to the Complaint. *See* Dkt. #8.

2. Plaintiff served U.S. Bank Trust with a copy of the Summons and Complaint on July 2, 2018. Accordingly, U.S. Bank Trust has until July 23, 2018 to answer or otherwise plead in response to the Complaint. *See* Dkt. #7.

3. The Defendants recently engaged Perkins Coie as counsel in connection with this action and require additional time beyond the above-stated deadlines to answer or otherwise plead in response to the Complaint.

140615144.1

4. The Defendants and the Plaintiff have agreed to extend the Defendants' deadlines to answer the Complaint to August 23, 2018.

5. This Motion is brought in good faith and not for purposes of delay. The Defendants have not previously requested an extension of time.

WHEREFORE, the Defendants respectfully request that this Court enter an order extending the Defendants' deadline to answer or otherwise plead in response to the Complaint to August 23, 2018 and granting such other and further relief as this Court deems just and reasonable.

Dated: July 18, 2018   Respectfully submitted,

U.S. Bank Trust and Caliber Home Loans, Inc.

By: */s/ Yasamin N. Oloomi*
Yasamin N. Oloomi
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel.:  (312) 324-8400
Fax:  (312) 324-9400
yoloomi@perkinscoie.com

140615144.1

## **CERTIFICATE OF SERVICE**

I, Yasamin N. Oloomi, certify that on July 18, 2018, I electronically filed the foregoing **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Yasamin N. Oloomi*
Yasamin N. Oloomi
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

140615144.1