IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. MARTINEZ,<br><br>     Plaintiff,<br><br> v.<br><br>CALIBER HOME LOANS, INC.,<br>A Delaware corporation, et al.<br><br>     Defendants. | No. 1:18-CV-04334<br><br>Hon. Charles R. Norgle, Sr. |

## THIRD MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Caliber Home Loans, Inc. ("Caliber") and U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust," together, the "Defendants"), by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby move this Court for an extension of time to answer or otherwise plead in response to Plaintiff Maria R. Martinez ("Plaintiff")'s Complaint. In support of their Motion, the Defendants state as follows:

1. Plaintiff served Caliber with a copy of the Summons and Complaint on July 5, 2018. Plaintiff served U.S. Bank Trust with a copy of the Summons and Complaint on July 2, 2018.

2. The Court granted the parties' Second Agreed Motion to Extend Time to Answer or Otherwise Respond on August 22, 2018. *See* Dkt. #18. Accordingly, the Defendants have until September 30, 2018 to answer or otherwise plead in response to the Complaint. *Id*.

3. The parties have tentatively reached a settlement, and they are in the process of negotiating the terms of a settlement agreement.

4. A status hearing on settlement was continued to October 5, 2018 at 10:00 a.m. *See* Dkt. #18.

141457242.1

5. Defendants hereby request that the Court extend the deadline by which the Defendants must answer or otherwise respond to Plaintiff's Complaint. Defendants anticipate that this matter will be resolved on or before October 31, 2018.

6. This Motion is brought in good faith and not for purposes of delay.

WHEREFORE, the Defendants respectfully request that this Court enter an order extending the Defendants' deadline to answer or otherwise plead in response to the Complaint to October 31, 2018 and granting such other and further relief as this Court deems just and reasonable.

Dated: September 28, 2018          Respectfully submitted,

U.S. Bank Trust and Caliber Home Loans, Inc.

By: */s/ Yasamin N. Oloomi*
Yasamin N. Oloomi
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel.: (312) 324-8400
Fax: (312) 324-9400
yoloomi@perkinscoie.com

141457242.1

**CERTIFICATE OF SERVICE**

I, Yasamin N. Oloomi, certify that on September 28, 2018, I electronically filed the foregoing **NOTICE OF MOTION** and **THIRD MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Yasamin N. Oloomi*
Yasamin N. Oloomi
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

141457242.1