**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIA R. MARTINEZ,<br><br>          Plaintiff,<br><br>  v.<br><br>CALIBER HOME LOANS, INC.,<br>A Delaware corporation, et al.,<br><br>          Defendants. | No. 1:18-CV-04334<br><br>Hon. Charles R. Norgle, Sr. |

**NOTICE OF MOTION**

Please take notice that on Friday, November 30, 2018, at 10:30 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Charles R. Norgle Sr., Courtroom 2341, the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Fifth Motion to Extend Time to Answer or Otherwise Plead*, a copy of which is herewith served upon you.

                    U.S. Bank Trust and Caliber Home Loans, Inc.

                    By: */s/ Yasamin N. Oloomi*
                    Yasamin N. Oloomi
                    PERKINS COIE LLP
                    131 S. Dearborn Street, Suite 1700
                    Chicago, IL  60603-5559
                    Tel.:  (312) 324-8400
                    Fax:  (312) 324-9400
                    yoloomi@perkinscoie.com

142243284.1