## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIA R. MARTINEZ,<br><br>    Plaintiff,<br><br> v.<br><br>CALIBER HOME LOANS, INC.,<br>et al.<br><br>    Defendants. | No. 1:18-CV-04334<br><br>Hon. Charles R. Norgle, Sr. |

### STIPULATION OF DISMISSAL OF ACTION WITH
### PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria R. Martinez ("Plaintiff"), U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust"), Defendant Caliber Home Loans, Inc. ("Caliber"), and Defendant Anselmo Lindberg & Associates ("Anselmo" together with U.S. Bank Trust and Caliber, "Defendants") hereby notify the Court that they have reached a global settlement of all claims asserted by Plaintiff against Defendants in this action. Plaintiff and Defendants thus stipulate to, and request that the Court enter an order of, dismissal of this action in its entirety with prejudice and without an award of attorney fees or costs to any party.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

141090164.1

IT IS SO STIPULATED BY:

DATED: February 5, 2019

| | |
|---|---|
| **MARIA R. MARTINEZ** | **U.S. BANK TRUST, AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** |
| By */s/ Tara L. Goodwin (with permission)*<br>Tara L. Goodwin<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 S. Clark St., Suite 1500<br>Chicago, IL 60603<br>Tel.: (312) 739-4200<br>tgoodwin@edcombs.com<br>*Counsel for Maria R. Martinez* | By *Yasamin N. Oloomi*<br>Yasamin N. Oloomi<br>**PERKINS COIE LLP**<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Tel.: (312) 324-8400<br>yoloomi@perkinscoie.com<br>*Counsel for U.S. Bank Trust* |
| **CALIBER HOME LOANS, INC.** | **ANSELMO LINDBERG & ASSOCIATES** |
| By *Yasamin N. Oloomi*<br>Yasamin N. Oloomi<br>**PERKINS COIE LLP**<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Tel.: (312) 324-8400<br>kstetsko@perkinscoie.com<br>yoloomi@perkinscoie.com<br>*Counsel for Caliber Home Loans, Inc.* | By *Christopher Iaria (with permission)*<br>Christopher Iaria<br>Anselmo Lindberg & Associates<br>1771 W. Diehl Road, Suite 120<br>Naperville, IL 60563<br>Tel.: (630) 453-6829<br>chris@anselmolindberg.com<br>*Counsel for Anselmo Lindberg & Associates* |