UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Maria R. Martinez
                        Plaintiff,

v.                                             Case No.: 1:18–cv–04334
                                                 Honorable Charles R. Norgle Sr.

Caliber Home Loans, Inc., et al.
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 19, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed in its entirety with prejudice and without an award of attorney fees or costs to any party[34]. Civil case terminated. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.